IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cora Madrid,<br><br>    Plaintiff,<br><br>vs.<br><br>County of Apache; Melody Capps,<br><br>    Defendants. | No. CV-03-172-PCT-ECV<br><br>**ORDER** |

In Judge Broomfield's order dated May 9, 2006 he suggested that the parties prepare two stipulations to be read to the jury:

    1) A stipulation regarding Plaintiff's 1997 EEOC claim.

    2) A stipulation reflecting that Plaintiff appealed her termination per county policy and her termination was upheld.

Also, Judge Broomfield ordered counsel to prepare limiting instructions regarding impeachment of Clarence Bigelow, Anna Prentice and Dr. Muell.

Judge Broomfield's order is modified as follows:

Counsel for the parties shall meet, confer, and prepare the referenced stipulations and limiting instructions.

Counsel shall also prepare a stipulated "statement of the case" to read to the jury prior to voir dire.

1   The stipulations and limiting instructions shall be provided to the court before close
2   of business on June 7, 2006.
3   DATED this 1st day of June, 2006.

Edward C. Voss
United States Magistrate Judge